JOSEPH FEIN ET AL., PLAINTIFFS IN ERROR, v. MAX
MEIER, DEFENDANT IN ERROR.

Submitted July 9, 1906—Decided February 2, 1907.

On error to the Supreme Court.

For the plaintiffs in error, *Frank E. Bradner.*

For the defendant in error, *Benjamin M. Weinberg.*

State v. Goldstein.                              *74 N. J. L.*

PER CURIAM.

The judgment brought before us by this writ of error is affirmed, for the reasons stated in the opinion of Mr. Justice Dixon, in the Supreme Court. 42 *Vroom* 12.

*For affirmance*—THE CHANCELLOR, GARRISON, GARRETSON, HENDRICKSON, SWAYZE, TRENCHARD, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL, J.J.  12.

*For reversal*—None.